UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX MENDELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN MATEO COUNTY,<br><br>　　　　Defendant. | Case No. 20-cv-05696-AGT<br><br>**SUPPLEMENTAL BRIEFING ORDER**<br><br>Re: Dkt. Nos. 11, 26 |

A stay of further proceedings in this case seems appropriate until the Ninth Circuit rules in *Ralston v. County of San Mateo*, 21-16489. That appeal is from a decision by Judge Chen in a case that shares many similarities with this one, except that in *Ralston* Judge Chen considered and applied *Pakdel v. City and County of San Francisco*, 141 S. Ct. 2226 (2021), an opinion issued while this case was on appeal and which prompted the Ninth Circuit to remand here for reconsideration. Whether or not the Ninth Circuit agrees with Judge Chen's application of *Pakdel*, the Circuit's analysis may influence—or even bind—this Court and impact how this case proceeds. To conserve the parties' and judicial resources, a stay here therefore seems warranted.

The Court would like to consider the parties' views. Are they in favor of a stay? If so or if not, why? Each side should submit a supplemental brief on this topic by February 11, 2022. If additional time is needed, the parties may stipulate to a reasonable extension of this deadline.

**IT IS SO ORDERED.**

Dated: January 31, 2022

ALEX G. TSE
United States Magistrate Judge