|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 3 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

FELIX MENDELSON,

        Plaintiff-Appellant,

  v.

SAN MATEO COUNTY,

        Defendant-Appellee.

No. 23-15494

D.C. No. 3:20-cv-05696-AGT
Northern District of California,
San Francisco

ORDER

Appellee's unopposed motion (Docket Entry No. 6) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until July 5, 2023. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT